UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-715-JRG

Name of party requesting extension: Estee Lauder Companies DBA Aveda

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 10/14/24

Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 12/4/24   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Neil J. McNabnay

State Bar No.: 24002583

Firm Name: Fish & Richardson P.C.

Address: 1717 Main Street
Suite 5000
Dallas, Texas 75201

Phone: 214-747-5070

Fax:   214-747-2091

Email: mcnabnay@fr.com

A certificate of conference does not need to be filed with this unopposed application.